UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mary F. Jarrett-Jackson,

       Plaintiff,                                           Case No. 12-11676

v.                                                                Hon. Nancy G. Edmunds

Michael Astrue,
Commissioner of Social Security,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's Motion to Amend her complaint [#14] is hereby GRANTED, and Defendant's Motion to Dismiss [#10] is hereby DENIED as moot.

      SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: December 18, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2012, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager