UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY F. JARRETT-JACKSON,

    Plaintiff,

Case No. 12-11676
Hon. Nancy G. Edmunds

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [31], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [29], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [27]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [31]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and objections, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [27] is DENIED, Defendant's motion for summary judgment [29] is GRANTED, and the case is hereby DISMISSED.

SO ORDERED.

    S/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: November 25, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 25, 2013, by electronic and/or ordinary mail.

    S/Johnetta M. Curry-Williams
    Case Manager
    Acting in the Absence of Carol A. Hemeyer